DISTRICT OF COLUMBIA, a Municipal Corporation, Appellant, v. Robert H. LEYS.
No. 5537.

Court of Appeals of District of Columbia.
Argued June 2, 1932.
Decided June 27, 1932.

William W. Bride, Vernon E. West, and Thomas F. Cameron, all of Washington, D. C., for appellant.

Alvin L. Newmyer, of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, and HITZ and GRONER, Associate Justices.

HITZ, Associate Justice.

This case was consolidated for trial with 61 App. D. C. 3, 63 F.(2d) 646, both here and below.

The questions involved are there discussed and decided, and for the reasons there assigned the judgment is affirmed.

Affirmed.